UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 14-868-KK | Date | July 24, 2015 |
|---|---|---|---|
| Title | Juliet P. Munde v. Carolyn W. Colvin | | |

| Present: The Honorable | Kenly Kiya Kato, United States Magistrate Judge | |
|---|---|---|
| Deb Taylor | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Why Action Should Not Be Dismissed for Failure to Prosecute and Comply With Court Orders

# I.
# PROCEDURAL HISTORY

On June 13, 2014, Juliet P. Munde, filed a complaint challenging the denial of his applications for Title II Disability Insurance Benefits and Title XVI Supplemental Security Income by the Commissioner of the Social Security Administration. ECF No. 3.

On June 19, 2014, the Court issued a Case Management Order setting various dates, including the date by which the parties were to file their Joint Stipulation. ECF No. 7.

On February 23, 2015, the parties filed a stipulation for an extension of time. ECF No. 18. The parties requested the date for filing their Joint Stipulation be extended until June 1, 2015. Id. The Court granted the parties' request for an extension of time. ECF No. 19.

On April 21, 2015, the parties filed a second stipulation for an extension of time. ECF No. 20. The parties requested the date for filing their Joint Stipulation be extended until July 20, 2015. Id. The Court granted the parties' request for a second extension of time. ECF No. 21.

The date by which the parties were to have filed their Joint Stipulation – pursuant to the parties' second request for an extension of time – has now passed. The parties

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 14-868-KK | Date | July 24, 2015 |
|---|---|---|---|
| Title | Juliet P. Munde v. Carolyn W. Colvin | | |

have not filed the Joint Stipulation, nor requested an additional extension of time to do so.

## II.
## DISCUSSION

Under Federal Rule of Civil Procedure 41(b), the Court may dismiss an action with prejudice for failure to prosecute or failure to comply with any court order. See Fed. R. Civ. P. 41(b).

Here, Plaintiff has failed to file a Joint Stipulation as ordered by the Court. Consequently, under Rule 41(b), the Court may properly dismiss the instant action with prejudice for failure to prosecute and comply with a court order. However, before dismissing this action, the Court will afford Plaintiff an opportunity to explain her failure to file a Joint Stipulation.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with court orders. Plaintiff shall have up to and including **July 31, 2015,** to respond to this Order. Plaintiff is cautioned that failure to timely file a response to this Order will be deemed by the Court as consent to the dismissal of this action with prejudice.