# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **SACV 14-00868-KK**                                      Date: **July 31, 2015**

Title:  Juliet P. Munde v. Carolyn W. Colvin

## DOCKET ENTRY

PRESENT:

**HON. <u>KENLY KIYA KATO</u>, UNITED STATES MAGISTRATE JUDGE**

| <u>Deb Taylor</u> | <u>None</u> |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

ATTORNEYS PRESENT FOR PLAINTIFF(S):          ATTORNEYS PRESENT FOR DEFENDANT(S):
            None                                                                              None

**PROCEEDINGS:**          **(IN CHAMBERS)**

On July 24, 2015, the Court issued an Order to Show Cause why this action should not be dismissed for failure to prosecute due to the parties' failure to file a joint stipulation as required by the Court's Case Management Order. ("OSC," Dkt. No. 22.) On July 31, 2015, Plaintiff filed a response to the OSC. (Doc. No. 32.) The Court has reviewed Plaintiff's response and hereby DISCHARGES the OSC.

        **IT IS SO ORDERED.**

Initials of Deputy Clerk          dts

MINUTES FORM 11
CIVIL-GEN